IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BALDEMAR UGARTE AVILA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 9507 |
| | ) | |
| **ILLINOIS SUPREME COURT**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Baldemar Ugarte Avila ("Avila") has submitted a self-prepared hand-printed Complaint against the Illinois Supreme Court in which he asks this District Court "to reverse the IL Supreme Court's decision issued on 9/13/15." There is really no need to go further, because Avila simply misunderstands the role that the federal court system plays (or more accurately does not play) in relation to the state court system: Jurisdiction of the federal courts -- their power -- is limited to areas prescribed by Congress, so that federal courts such as this one simply have no authority to sit in review on actions by a state's supreme court.

Accordingly both the Complaint and this action are dismissed for lack of subject matter jurisdiction. That disposition renders moot Avila's accompanying In Forma Pauperis Application, and that Application is denied on that ground.

 _____
 Milton I. Shadur
 Senior United States District Judge

Date: October 29, 2015